UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JCJ, A MINOR BY AND THROUGH
HIS FATHER AND NEXT FRIEND                                                                                    PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 3:09cv419-DPJ-JCS

MICHALE JAMES, ET AL.                                                                                       DEFENDANTS

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendants Yamaha Motor Corporation, U.S.A. and Yamaha Motor Manufacturing Corporation of America. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 21th day of July, 2009.

                                                   s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE